UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20323 CR-ALTONAGA**
JOHN J. O'SULLIVAN

IN RE SEALED INDICTMENT
_____ /

FILED by _____ D.C.
MAY 08 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Attorney, respectfully requests that, with the exception of those copies to be provided to the United States Attorney's Office, the Department of Justice, and any other relevant law enforcement agency for use in the arrest and/or extradition process, the attached indictment, arrest warrants, and any resulting orders be SEALED until the arrest of the first defendant or until further order of this Court, given that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public. The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ John
Nicholas E. Surmacz
Trial Attorney
Special FL Bar No. A5501939
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202.445.9467
Fax: 202.514.6118
E-Mail: nicholas.surmacz@usdoj.gov