UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20323-CR-ALTONAGA

UNITED STATES OF AMERICA,

v.

MELVIN HUNTER,

    Defendant.
_____/

## VERDICT

We, the jury, unanimously find as follows as to **MELVIN HUNTER**:

## COUNT 1

(a)     As to Count 1 of the Indictment – Conspiracy to Commit Health Care Fraud:

                  _____                  __X__
                     GUILTY                       NOT GUILTY

(b)     As to Count 1 of the Indictment – Conspiracy to Commit Wire Fraud:

                  _____                  __X__
                     GUILTY                       NOT GUILTY

## COUNT 4

As to Count 4 of the Indictment – Wire Fraud:

                  _____                  __X__
                     GUILTY                       NOT GUILTY

## COUNT 5

As to Count 5 of the Indictment – Wire Fraud:

                  _____                  __X__
                     GUILTY                       NOT GUILTY

**COUNT 9**

(a)     As to Count 9 of the Indictment – Conspiracy to Defraud the United States:

_____      \_\_\_\_X_____
GUILTY                             NOT GUILTY

(b)     As to Count 9 of the Indictment – Conspiracy to Pay and Receive Kickbacks:

_____      \_\_\_\_X_____
GUILTY                             NOT GUILTY

**COUNT 10**

As to Count 10 of the Indictment – Payment of Kickbacks:

_____      \_\_\_\_X_____
GUILTY                             NOT GUILTY

**COUNT 11**

As to Count 11 of the Indictment – Payment of Kickbacks:

_____      \_\_\_\_X_____
GUILTY                             NOT GUILTY

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida this 19 day February, 2015.

_____      2/19/15
Foreperson (please sign)                  Date
Miami, Florida